3319. PADGETT *v.* REIDSVILLE & SOUTHEASTERN RAILROAD CO.

POWELL, J. Under all the facts presented, the court did not err in dismissing the action for the plaintiff's failure to perfect service, and in refusing to allow further time for that purpose. *Judgment affirmed.*
DECIDED JUNE 7, 1911.

Action for damages; from city court of Reidsville—Judge Graham. December 30, 1910.

*Way & Burkhalter,* for plaintiff. *Hines & Jordan,* for defendant.

---

3328. KING *v.* CITY OF JACKSON.

POWELL, J. This court has jurisdiction only of errors of law. Whether a witness is credible is not a question of law. The case is controlled by *Plummer* v. *State,* 1 *Ga. App.* 507 (57 S. E. 969). *Judgment affirmed.*
DECIDED JUNE 7, 1911.

Certiorari; from Butts superior court—Judge Daniel. February 24, 1911.

*II. M. Fletcher,* for plaintiff in error.